STATE OF CONNECTICUT *v.* HERIBERTO CORIANO

The defendant's petition for certification for appeal from the Appellate Court, 12 Conn. App. 196, is denied.

*Elsa Calderon,* assistant public defender, in support of the petition.

*Harry Weller,* deputy assistant state's attorney, in opposition.

Decided October 9, 1987

STATE OF CONNECTICUT *v.* JONATHAN BRADLEY

The defendant's petition for certification for appeal from the Appellate Court, 12 Conn. App. 163, is denied.

*Kent Drager,* assistant public defender, in support of the petition.

*Julia DiCocco Dewey,* assistant state's attorney, in opposition.

Decided October 9, 1987

ROBERT G. REED *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF CHESTER

The defendant's petition for certification for appeal from the Appellate Court, 12 Conn. App. 153, is granted, with limitation.

*Thomas P. Byrne,* in support of the petition.

*Peter M. Sipples,* in opposition.

Decided October 9, 1987